IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY A. PADILLA,

        Plaintiff,

vs.                                      No. CV 18-01116 KG/GJF

WARDEN BOWEN,
DEPARTMENT OF CORRECTIONS,

        Defendants.

RULE 41(a)(2) FINAL ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the "Motion for Prohibitor Injunction" filed by Plaintiff Danny A. Padilla. (Doc. 1). On February 11, 2019, Plaintiff Padilla filed a document titled "Motion to Dismiss Prohibitor Injunction." (Doc. 5). Plaintiff Padilla requests that the Court dismiss his Motion for Prohibitor Injunction and ignore his requests to proceed *in forma pauperis*. (Doc. 5 at 1). The Court construes the Motion as a request for voluntary dismissal under Fed. R. Civ. P. 41(a)(2) and will grant Plaintiff's request.

IT IS ORDERED: that Motion for Prohibitor Injunction (Doc. 1) and all claims and causes of action are DISMISSED without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure and this civil case is CLOSED.

                                                                                   UNITED STATES DISTRICT JUDGE